IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-501 T
(JUDGE HODGES)

SOUTHERN NEW JERSEY INTERNET PROVIDER,

Plaintiff

v.

THE UNITED STATES,

Defendant

# JOINT STATUS REPORT

Pursuant to the Court's Order of May 8, 2006, the parties submit the following information:

As previously reported, in *XO Communications v. United States*, Fed. Cl. No. 03-2754 T (2003), the Plaintiff and the United States filed cross-motions for summary judgment on the "Dial Access" issue, which is substantially similar to the issue involved in this action. Judge Williams conducted an expert witness hearing on the "Dial Access" issue and the parties subsequently submitted supplemental briefs. On July 24, 2006, *XO* was transferred to Judge Wheeler.

Moreover, there are two other active cases involving the "Dial Access" issue. In *USA Choice Internet Service, Inc. v. United States*, Fed. Cl. No. 05-525 T (2005), a trial was held on July 11, 2006, before Judge Lettow. The parties' post-trial opening briefs are due August 25, 2006; the parties' reply briefs are due September 13, 2006; and the closing arguments are scheduled for September 22, 2006. In *Comcation, Inc. v. United States*, Fed. Cl. No. 05-515 T (2005), the Plaintiff

and the United States have completed discovery, pre-trial filings, and a trial is set for September 11, 2006, before Judge Allegra.

Accordingly, the parties request that the Court continue to stay this case until decisions are rendered in *XO, USA Choice*, and *Comcation*.

Respectfully submitted,

August 7, 2006
Date

s/Anthony C. Gulotta
Anthony C. Gulotta, Esquire
PA Atty. ID #82081
Anderson & Gulotta, P.C.
1110 North Mountain Road
Harrisburg, PA 17112
(717) 635-7145
Fax (717) 541-5434
tgulotta@fbstax.com

Attorney for Plaintiff

August 7, 2006
Date

s/G. Robson Stewart
G. ROBSON STEWART
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

August 7, 2006
Date

s/Steven I. Frahm
Of Counsel

Attorneys for Defendant