# In the United States Court of Federal Claims

* * * * * * *

SOUTHERN NEW JERSEY INTERNET PROVIDER, *

*

Plaintiff, No. 05-501T

*

v. Filed: August 8, 2006

*

THE UNITED STATES OF AMERICA,

*

Defendant.

*

* * * * * * *

**ORDER**

The parties jointly request a continued stay of proceedings in this matter pending rulings in similar cases. These are XO Communications v. United States, No. 03-2754, before Judge Wheeler, USA Choice Internet Service, Inc. v. United States, No. 05-525, tried by Judge Lettow in July 2006, and Comcation, Inc. v. United States, No. 05-515, scheduled for trial before Judge Allegra in September 2006. We consider prompt trials, rulings, and appeals to be the best means of obtaining guidance on issues that are undecided or uncertain. The motion to extend the stay is nevertheless GRANTED at counsel's joint request. The parties will file a status report within thirty days after final decision is rendered in XO, USA Choice, or Comcation, to inform the court how they wish to proceed in this case. Counsel will notify the court if circumstances change.

/s Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge