IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-501 T
(JUDGE HODGES)

SOUTHERN NEW JERSEY INTERNET PROVIDER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

Pursuant to the Court's Order dated August 8, 2006, the parties submit the following information:

A decision was issued in USA Choice Internet Services, Inc. v. United States, Fed. Cl. No. 05-525T (2005), on November 15, 2006. Judge Lettow awarded the Plaintiff judgment insofar as it paid communications excise taxes from January 1999, through April 2002, on incoming-only PRI channels purchased from ALLTEL and Verizon and its predecessors and on private-communication DCS and BRA channels obtained from ALLTEL plus the private lines associated with specific telephone numbers. Judge Lettow held that charges for these channels and services are not taxable as local telephone service, in the first instance because the services are not covered by the definition of such service in the Internal Revenue Code, and in the second instance because the services are exempted from the definition. Judge Lettow has further ordered the parties to confer to resolve the specific amount of the refund due on or before December 10, 2006.

The effect of the decision in USA Choice on the above-captioned case cannot be determined at this juncture, as decisions in XO Communications v. United States, Fed. Cl. No. 03-2745T (2005), and Comcation, Inc. v. United States, Fed. Cl. No. 05-515T (2005), have not yet been issued. This case should continue to be suspended pending the final outcome of XO Communications and Comcation.

Respectfully submitted,

November 28, 2006
Date

s/Anthony C. Gulotta
Anthony C. Gulotta, Esquire
Anderson & Gulotta, P.C.
1110 North Mountain Road
Harrisburg, PA 17112
(717) 635-7145

Attorney for Plaintiff

November 28, 2006
Date

s/G. Robson Stewart
G. ROBSON STEWART
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

November 28, 2006
Date

s/Steven I. Frahm
Of Counsel

Attorneys for Defendant