# In the United States Court of Federal Claims

* * * * * * *

SOUTHERN NEW JERSEY INTERNET PROVIDER, *

Plaintiff, *

No. 05-501T

v. *

Filed: November 28, 2006

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

The parties' joint request by status report of November 28 to continue the stay in this case pending final decisions in XO Communications and Comcation is GRANTED. The parties will file a status report within thirty days after final decision is rendered in XO, or Comcation, whichever is later, to inform the court how they wish to proceed in this case. Counsel will notify the court if circumstances change.

/s Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge