IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-501 T
(JUDGE HODGES)

SOUTHERN NEW JERSEY INTERNET PROVIDER,

Plaintiff

v.

THE UNITED STATES,

Defendant

JOINT STATUS REPORT

Pursuant to the Court's February 6, 2007 Order, the parties submit the following information:

Counsel has explored resolution of this matter with guidance from the ruling in USA Choice Internet Service, LLC v. United States, 73 Fed. Cl. 780 (2006), and the court's denial of cross-motions for summary judgment in XO Communications, Inc. v. United States, Nos. 03-275T and 06-40T. The parties have agreed that the most appropriate and efficient manner of handling this action is to continue the stay in this case pending the final outcome of the litigation in USA Choice and Comcation v. United States, No. 05 -515T, at the United States Court of Appeals for the Federal Circuit. A Notice of Appeal was filed in USA Choice on February 8, 2007. A decision in the matter of Comcation is pending from Judge Allegra at the United States Court of Federal Claims and the parties anticipate that the outcome will be appealed no matter what the result. Thus, until the Court of Appeals for the Federal Circuit has ruled on the issues involved in USA Choice and Comcation, going forward with

proceedings in this case would be premature at this juncture. The parties agree that continuing to stay this case is likely to conserve judicial resources and promote an efficient determination of the actions.

WHEREFORE, parties respectfully request this court to STAY the above-referenced case pending the final outcome of USA Choice and Comcation at the United States Court of Appeals for the Federal Circuit.

Respectfully submitted,

February 20, 2007
Date

s/Anthony C. Gulotta

Anthony C. Gulotta, Esquire
Anderson & Gulotta, P.C.
1110 North Mountain Road
Harrisburg, PA 17112
(717) 635-7145
Fax (717) 541-5434
tgulotta@fbstax.com

Attorney for Plaintiff

February 20, 2007
Date

s/G. Robson Stewart

G. ROBSON STEWART
U.S. Department of Justice, Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
Steven I. Frahm
Assistant Chief

February 20, 2007
Date

s/Steven I. Frahm
Of Counsel

Attorneys for Defendant