# In the United States Court of Federal Claims

* * * * * * *

SOUTHERN NEW JERSEY INTERNET PROVIDER, *

Plaintiff, * No. 05-501T

v. * Filed: March 13, 2007

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

The Joint Status Report does not respond to the court's concern regarding these cases that appear to be fact-dependant. We assume that plaintiff's apparent lack of interest in pursuing its case here relates to the amount of its claim, however, and suspend the case indefinitely on that basis. The parties will notify the court when circumstances change.

IT IS SO ORDERED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge